IN THE UNITED STATES DISTRICT COURT
                           FOR THE WESTERN DISTRICT OF WISCONSIN

EVAN CASEY,

                           Plaintiff,
     v.
                                                              ORDER
CORY KESKE, CHRISTOPHER SHEPHARD,
                                                              18-cv-765-jdp
JASON CHATMAN, MICHAEL JULSON,
and DANIEL NORGE,

                           Defendants.

Pro se plaintiff Evan Casey is proceeding in this case on claims that prison officials at Columbia Correctional Institution violated his constitutional rights by failing to help him before and after he committed acts of self-harm and by placing him on punitive segregation instead of psychiatric-treatment status. On October 11, 2019, defendant Daniel Norge filed a motion for partial summary judgment as to Casey's claims against him. Dkt. 23. Casey's opposition materials were due on November 12, 2019, but he has not responded to Norge's motion. His failure to respond suggests that he may have lost interest in pursuing his claim against Norge and that he no longer intends to prosecute that claim. I will give Casey one more opportunity to submit a substantive response to Norge's motion for summary judgment. If he fails to do so by the new deadline, I will dismiss his claim against Norge with prejudice under Rule 41 of the Federal Rules of Civil Procedure for Casey's failure to prosecute.

                                        ORDER

IT IS ORDERED that plaintiff Evan Casey may have until January 20, 2020 to file a response to defendant Daniel Norge's motion for summary judgment. If Casey does not

respond by that date, I will dismiss his claims against Norge with prejudice under Fed. R. Civ. P. 41 for Casey's failure to prosecute.

Entered January 7, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge